■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDIO LABOUR, Appellant. [881 NYS2d 359]—Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered on or about December 13, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Nardelli, Catterson, Renwick and Richter, JJ.